3 cert ups to USM forthwith

QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant
Xavier Serna

FILED
APR 21 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-04-0188 EJG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR RELEASE OF DEFENDANT |
| XAVIER SERNA, | |
| Defendant. | |

Defendant is hereby sentenced to time served and is ordered to be released immediately.

Dated: April 2(, 2006

_____
EDWARD J. GARCIA
United States District Court Judge

1